# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEPHEN BUFORD**  **PLAINTIFF**
**ADC #116840**

v.  No: 4:24-cv-00438-BRW-BBM

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation ("RD") submitted by United States Magistrate Judge Benecia B. Moore and the objections filed. After carefully considering RD and objections as well as making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, this case is dismissed, without prejudice, for failure to state a claim upon which relief may be granted.

I recommend that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of May 2024.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE